175 A.3d 141

**BARBOUR, Paul Ricardo**

v.

**STATE of Maryland**

**Pet. Docket No. 339, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1080, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 141

**BROWN, Darius**

v.

**STATE of Maryland**

**Pet. Docket No. 333, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 788, Sept.Term, 2015).

Petition for writ of certiorari denied